**No. 56941.**—Hugh C. Edmiston & Co. *v.* United States, protests 160815–K and 139294–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material re-

spects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.